UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-09223-SVW-PLA | Date | January 26, 2015 |
|---|---|---|---|
| Title | Gerardo Salcido v. Evolution Fresh, Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edwin Aiwazian | Gregory W Knopp |
| Jill J Parker | Mark Royce Curiel |

**Proceedings:** NEW CASE STATUS CONFERENCE
[14] MOTION to Remand Case to filed by Plaintiff Gerardo Salcido
[16] MOTION to Strike filed by Plaintiff Gerardo Salcido

Hearing and conference held. The motions are submitted. Order to issue.

: 02

Initials of Preparer PMC