Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK U.S. DISTRICT COURT
APR 14 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GERARDO SALCIDO, individually, and on behalf of other members of the public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EVOLUTION FRESH, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-09223-SVW (PLAx)<br><br>Honorable Stephen V. Wilson]<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

# [PROPOSED] ORDER GRANTING DISMISSAL

Having reviewed the parties' stipulation, and for good cause shown, the Court orders as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby voluntarily dismissed as follows: (1) Plaintiff's individual claims are DISMISSED WITH PREJUDICE and (2) all putative class claims are DISMISSED WITHOUT PREJUDICE. Each side to bear his or its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: 4/14/16

Honorable Stephen V. Wilson
United States District Judge